# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA MARIE METZGER** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | NO. 19-270 |
| **ANDREW M. SAUL,**[1] | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this __1ST__ day of August, 2019, upon consideration of Plaintiff's request for review and Defendant's response, IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 4, 2019. Nomination, Andrew M. Saul, of New York, to be Commissioner of Social Security for the term expiring January 19, 2025, PN94, 116th Cong. (June 4, 2019). Pursuant to FED. R. CIV. P. 25(d), I have substituted Andrew M. Saul as defendant in this suit.